HARRY HAMMOND, PROSECUTOR, v. BOARD OF ALDER-MEN OF THE CITY OF PATERSON, DEFENDANTS.

HARRY HAMMOND, RELATOR, v. BOARD OF ALDERMEN OF THE CITY OF PATERSON, RESPONDENTS.

Submitted October 25, 1940—Decided January 28, 1941.

The judges being equally divided on the question whether the judgment should be reversed, the judgment is affirmed, solely because of such division, which renders any opinion by the court impossible.

For the appellant, *Aaron Heller*.

For the defendants, *George Surosky* and *George Dimond*.

PER CURIAM.

The judgment herein is affirmed, by an equally divided court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, PORTER, DEAR, WELLS, JJ. 6.

*For reversal*—THE CHIEF JUSTICE, DONGES, PERSKIE, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 6.